SCWC-11-0000579

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MEGGAN MARIE AYAD, aka, MEGGAN MARIE PHARMER,
Petitioner/Plaintiff-Appellant,

vs.

AMR ELSAYED AYAD,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000579; FC-D NO. 08-1-0154)


ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Wilson, in place of Acoba, J., recused)

The application for a writ of certiorari, filed on

October 11, 2012, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 20, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

